1  O

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  DANIEL TORRES,                    )   CASE NO. CV 12-07530 CAS (RZ)
                                      )
12                  Petitioner,       )
                                      )   ORDER ACCEPTING FINDINGS AND
13        vs.                         )   RECOMMENDATIONS OF UNITED
                                      )   STATES MAGISTRATE JUDGE
14  JAMES HARTLEY, WARDEN,            )
                                      )
15                  Respondent.       )
                                      )

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18  file, and the Report and Recommendation of United States Magistrate Judge.  Further, the

19  Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner

20  has objected.

21          The Court is concerned about Petitioner's comment, in his Objections, that he

22  did not receive the September 5, 2012 Order To Show Cause, which suggested that this

23  action was untimely.  Nonetheless, three factors prompt the Court to accept the underlying

24  Report.  First, the Court's September 5 mailing was sent to his address of record and never

25  returned by the Post Office.  Second, Petitioner does *not* assert that he did not receive the

26  Report And Recommendation, which was sent to precisely the same address and which

27  repeated the words of the show-cause order.  Third and most critically, Petitioner, having

28  been alerted via the Report to the Court's concerns about untimeliness, instead devotes

1  nearly all of his Objections to arguing the merits of his claims, other than a brief and

2  unpersuasive comment on his first page about tolling.

3          With the foregoing observation, the Court accepts the findings and

4  recommendations of the Magistrate Judge.

5

6          DATED: November 2, 2012

7                                    *Christina A. Snyder*

8          _____

9                              CHRISTINA A. SNYDER
                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28