O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TORRES, | ) | CASE NO. CV 12-07530 CAS (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JAMES HARTLEY, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

The Court is concerned about Petitioner's comment, in his Objections, that he did not receive the September 5, 2012 Order To Show Cause, which suggested that this action was untimely. Nonetheless, three factors prompt the Court to accept the underlying Report. First, the Court's September 5 mailing was sent to his address of record and never returned by the Post Office. Second, Petitioner does *not* assert that he did not receive the Report And Recommendation, which was sent to precisely the same address and which repeated the words of the show-cause order. Third and most critically, Petitioner, having been alerted via the Report to the Court's concerns about untimeliness, instead devotes

nearly all of his Objections to arguing the merits of his claims, other than a brief and unpersuasive comment on his first page about tolling.

With the foregoing observation, the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: November 2, 2012

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

- 2 -